# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134653

In re Estate of ALBERT PAPAZIAN.
_____/

MARK PAPAZIAN,
      Petitioner-Appellant,

v

ALBERT PAPAZIAN,
      Respondent-Appellee,

and

SUSAN COBB, SOCIAL SECURITY
AGENCY, and STEPHEN ALBERY,
      Intervening Petitioners.

_____/

SC: 134653
COA: 273795
Oakland Probate: 06-302222-CA

On order of the Court, the application for leave to appeal the July 3, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

d0421